1: 26-cv-00557 - DFB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MS. SHAWNA L. LOPEZ-BEARD

535 N. Hartley St.
York, PA 17404

Plaintiff,

v.

WHITE DEER RUN , Corporate
360 White Deer Run Rd
Allenwood, PA 17810

Defendant.

FILED
HARRISBURG, PA

MAR 05 2026

PFR

DEPUTY CLERK

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1331 because the claims arise under federal law.

3. Venue is proper in this Court under 28 U.S.C. §1391 because the unlawful employment practices occurred in York County, Pennsylvania.

4. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).

5. The EEOC assigned Charge No. 530-2025-06081 to the matter.

6. Plaintiff has exhausted administrative remedies and received a Notice of Right to Sue.

### II. PARTIES

7. Plaintiff Shawna L. Lopez-Beard is an adult resident of York, Pennsylvania.

8. Defendant White Deer Run is an employer doing business in Pennsylvania.

9. Defendant employs more than fifteen employees and is an employer within the meaning of Title VII.

### III. FACTUAL ALLEGATIONS

10. Plaintiff was hired by Defendant on or about November 10, 2022 as a Transportation Supervisor.

11. On April 18, 2024, Plaintiff filed a Charge of Discrimination with the EEOC alleging discrimination.

12. After filing the EEOC complaint, Plaintiff experienced retaliatory conduct from management.

13. Defendant required Plaintiff to perform duties outside her job role and held her responsible for compliance issues caused by drivers.

14. Plaintiff also experienced suspicious activity involving her work accounts which she believes may have been accessed without authorization.

15. Plaintiff reported these concerns to management, but the complaints were ignored.

16. Plaintiff requested a name badge reflecting her correct job title but the request was denied.

17. Plaintiff was informed by another employee that management intended to plant drugs in her office.

18. A marijuana vape pen was later discovered in a driver's bag located in Plaintiff's office.

19. Plaintiff reported the incident but management failed to properly investigate.

20. Plaintiff was later unexpectedly subjected to a drug test under suspicious circumstances.

21. Plaintiff believes management intentionally created circumstances to make her appear incompetent.

22. Plaintiff was excluded from important communications necessary to perform her duties.

23. Defendant reduced Plaintiff's hours after discovering she earned more than certain management staff.

24. Plaintiff suffered severe stress and anxiety as a result of the retaliation.

25. Plaintiff was forced to take medical leave due to the hostile and retaliatory work environment.

### IV. CLAIM FOR RELIEF – RETALIATION IN VIOLATION OF TITLE VII

26. Plaintiff engaged in protected activity by filing a discrimination complaint with the EEOC.

27. Defendant was aware of the protected activity.

28. Defendant subjected Plaintiff to adverse employment actions because of that protected activity.

29. Defendant's actions constitute unlawful retaliation under Title VII of the Civil Rights Act of 1964.

### V. DAMAGES

30. As a direct result of Defendant's unlawful actions, Plaintiff suffered emotional distress,

lost wages, damage to reputation, and anxiety.

31. Defendant acted intentionally and with reckless disregard for Plaintiff's federally protected rights.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff;

B. Award compensatory damages;

C. Award back pay and lost wages;

D. Award punitive damages;

E. Award court costs and any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Shawna L. Lopez-Beard

Plaintiff, Pro Se

Date: 03-05-2026

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Shawna L. Beard

535 N. Hartley St

York PA 17404

(Enter above the full name of
plaintiff in this action)

v.

White Deer Run

360 White Deer Run Rd

Allentown PA 17810

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:26 CV-00557-bFB
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

MAR 05 2026

PER _____ DEPUTY CLERK

COMPLAINT

1. The plaintiff  Shawna Beard  a citizen of

the County of  York  PA  State of

Pennsylvania, residing at  535 N. Hartley St  York PA 17404

wishes to file a complaint under _____
(give Title No. etc.)

_____

2. The defendant is  White Deer Run  360 White deer Run Rd
Allentown Pa 17810  stationed @ 104 Davies Dr
York PA 17402

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary)  Attached

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that _____

_____

_____

_____

_____

_____

_____

_____
(Signature of Plaintiff)

_____
(Printed Name of Plaintiff)

_____
_____
_____
(Address of Plaintiff)

_____
(Phone Number of Plaintiff)